UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA S. BELL,<br><br>  Plaintiff,<br><br>  v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>  Defendant. | Case No.   1:25-cv-001129-JLT-EPG<br><br>ORDER REQUIRING SUPPLEMENTAL REPLY BY DEFENDANT<br><br>(ECF No. 16) |

On September 4, 2025, Defendant Portfolio Recovery Associates, LLC filed a notice of removal of this civil action from the Fresno County Superior Court. (ECF No. 1). As the basis for removal, it alleges as follows: "This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by [Defendant] under 28 U.S.C. § 1441(a) because the Complaint asserts a claim against [Defendant] arising under federal law, namely, the FDCPA." (ECF No. 1, p. 2). Attached to the notice of removal is Plaintiff's small claims complaint and a docket sheet showing events up to a hearing scheduled for September 11, 2025. (*Id.* at 5, 14).

On October 9, 2025, Defendant filed a motion to dismiss, or in the alternative, motion for a more definite statement. (ECF No. 8). After Plaintiff failed to timely respond to the motion to dismiss, the Court granted her a *sua sponte* extension to November 19, 2025, to do so. (ECF No. 14).

1

On November 10, 2025, Plaintiff filed an opposition. Among other things, Plaintiff states that, on September 11, 2025, the Fresno County Superior Court entered a $5,000 default judgment against Defendant because it failed to appear or file a response in the case. (ECF No. 15, p. 1).

On November 18, 2025, Defendant filed a reply in support of its motion to dismiss. (ECF No. 16). However, Defendant's reply fails to respond to Plaintiff's assertion that she obtained a default judgment against Defendant in state court.

Because the issue of whether a default judgment was issued in state court against Defendant is relevant to Defendant's pending motion to dismiss, the Court will require Defendant to file a supplemental reply brief addressing this issue.

Accordingly, IT IS ORDERED as follows:

1. By no later than December 15, 2025, Defendant shall file a supplemental reply brief, no longer than 5 pages, addressing whether a default judgment was entered against it in state court, the status of any related proceedings in state court, and the effect, if any, such judgment has on Defendant's motion to dismiss.
2. In addition, Defendant shall attach a copy of the default judgment, if any, and all other state court filings related to default judgment proceedings.[1]
3. By no later than December 22, 2025, Plaintiff may file a reply, no longer than 5 pages, to Defendant's supplemental reply brief.

IT IS SO ORDERED.

Dated:   **December 1, 2025**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Such attachments do not count toward the 5-page briefing limit for the supplemental reply.