# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

LISA S. BELL,

          Plaintiff,

   v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

          Defendant.

No. 1:25-cv-01129 JLT EPG

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. 20)

On January 15, 2026, the assigned magistrate judge issued findings and recommendations to grant Defendant's motion to dismiss, in part; specifically, that Plaintiff's complaint be dismissed for failure to state a claim, but with leave to amend. (Doc. 20.) The magistrate judge also recommended that Defendant's request for a more definite statement be denied as unnecessary. (*Id.*) The Court served the findings and recommendations on the parties and notified them that any objections were due in 30 days. (*Id*. at 8.) The Court advised them that their "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*.) The parties did not file any objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 15, 2026, (Doc. 20), are **ADOPTED IN FULL.**

2. Defendant's motion to dismiss Plaintiff's complaint (Doc. 8) is **GRANTED**, but

1

Plaintiff shall have leave to file an amended complaint within 14 days from the entry of this Order. Failure to do so will result in the dismissal of this case.

3. Defendant's alternative request for a more definite statement (Doc. 8) is **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated:    **March 3, 2026**

_____
UNITED STATES DISTRICT JUDGE